# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENGFEI CHEN,<br><br>    Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00906-JLT-EPG-HC<br><br>ORDER RE: MOTION FOR PRELIMINARY INJUNCTION |

    Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On February 2, 2026, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On February 3, 2026, the Court denied the motion for TRO as untimely, referred the matter to the undersigned for a determination on the merits, and set a briefing schedule. (ECF No. 6.) On February 4, 2026, Petitioner filed a motion for preliminary injunction. (ECF No. 8.) On February 6, 2026, the district judge referred the motion to the undersigned. (ECF No. 9.)

    For purposes of judicial efficiency, it appears to the Court that keeping the briefing schedule previously set and issuing findings and recommendations on the merits is appropriate, with the understanding that the Court will also consider any arguments made and exhibits submitted in support of the motion for preliminary injunction.

1    The Court has addressed the legal issues raised in the petition and motion for preliminary
2 injunction on previous occasions. In the response, Respondents SHALL address whether this
3 case is distinguishable from those cases in which this Court has granted habeas relief.

IT IS SO ORDERED.

Dated:  **February 9, 2026**              /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE